**Carlos RODRIGUEZ, Petitioner–Appellant,**

v.

**McELROY, Sing Sing Correctional Facility; Robert I. Morton, Jr., Greenhaven Correctional Facility; Gayle Haponik, Deputy Superintendent, Greenhaven Correctional Facility; Richard Ogden, Greenhaven Correctional Facility, in their individual and official capacities; Donald Selsky, Special Housing for D.O.C.; Charles Greiner, Superintendent Sing Sing Correctional Facility, Defendants–Appellees.**

No. 04–0618–PR.

United States Court of Appeals, Second Circuit.

April 1, 2005.

Carlos Rodriguez, Pine City, New York (on submission), for Petitioner–Appellant, pro se.

Michelle Aronowitz, Deputy Solicitor General, New York, N.Y. (on submission), for Eliot Spitzer, Attorney General of the State of New York (Benjamin N. Gutman, Assistant Solicitor General, on the brief), for Defendants–Appellees.

Present: WESLEY, HALL, Circuit Judges, and MUKASEY, District Judge.[1]

## SUMMARY ORDER

Carlos Rodriguez appeals from a December 31, 2003 order of the district court dismissing his due process claims on summary judgment. Familiarity by the parties is assumed as to the facts, the procedural context, and the specification of appellate issues.

Defendants failed to raise the statute of limitations as an affirmative defense in their answer. *See* Fed.R.Civ.P. 8(c). Therefore the district court erred in granting defendants' motion for summary judgment on that ground. *See Davis v. Bryan,* 810 F.2d 42, 44 (2d Cir.1987). However, we still affirm the judgment because each of Rodriguez's claims are meritless. *See Boy Scouts of Am. v. Wyman,* 335 F.3d 80, 90 (2d Cir.2003) ("we may affirm the judgment of the district court on any ground appearing in the record").

For the reasons set forth above, the judgment of the district court is hereby AFFIRMED.

---

1. The Honorable Michael B. Mukasey, Chief Judge of the United States District Court for the Southern District of New York, sitting by designation.